IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50633
Summary Calendar
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMES WHITE,

Defendant-Appellant.

----------------------

Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-96-CR-274-ALL

----------------------
July 7, 1998
Before HIGGINBOTHAM, DAVIS and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for James White has moved to
withdraw and has filed accompanying briefs as required by <u>Anders
v. California</u>, 386 U.S. 738 (1967).  Our independent review of
counsel's briefs and the record discloses no nonfrivolous issue
for appeal.  Accordingly, counsel is excused from further

_____

[*]Pursuant to 5th Cir. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5th Cir. R. 47.5.4.

responsibilities herein, and White's APPEAL IS DISMISSED.   See

5th Cir. R. 42.2.